# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDY GLENN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-cv-00081-JPG-DGW ) |
| USA, *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 37) of Magistrate Judge Donald G. Wilkerson with regard to Defendants' Motion (Doc. 32) to Dismiss or in the alternative, Motion for Summary Judgment. There were no objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 37) and **GRANTS** in part and **DENIES** in part Defendants' Motion (Doc. 32) to Dismiss or in the alterative, Motion for Summary Judgment. Defendants' Motion to Dismiss with regard to Count One is **GRANTED**. Count One of plaintiff's complaint is

1

**DISMISSED** without prejudice and plaintiff is **GRANTED** leave to file an amended complaint that includes a certificate of merit within **30 days** of this Order. Plaintiff is **WARNED** that failure to file an amended complaint with a certificate of merit within the time allotted will result in the dismissal of Count One being converted to a dismissal *with* prejudice without further action.

Defendants' Motion to Dismiss with regard to Count Two is **DENIED** without prejudice and as indicated within the R & R, defendants are **ADVISED** that they may file a motion for summary judgment on the issues raised within the motion to dismiss on or before the dispositive motion deadline set forth in the Scheduling Order (Doc. 31).

**IT IS SO ORDERED.**

**DATED:** 5/4/2017

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**