# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

RANDY GLENN,

    Plaintiff,

v.

J. S. WALTON and M. BAGWELL,

    Defendants.

Case No. 3:16-cv-00081-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: March 27, 2018

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        **BY:**   **s/Tina Gray**
                **Deputy Clerk**

**Approved:**
**s/J. Phil Gilbert**
**U.S. District Judge**